■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE STROUSE, JR., Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered July 28, 1980, convicting him of murder in the second degree (two counts), burglary in the first degree, and conspiracy in the second and fourth degrees, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by deleting the provision that the sentences imposed on the convictions of conspiracy in the second and fourth degrees run consecutively to the sentences imposed upon the murder and burglary convictions, and substituting a provision that the sentences imposed on the conspiracy convictions shall run concurrently with the sentences imposed on the murder and burglary convictions. As so modified, judgment affirmed (see Penal Law, § 70.25, subd 2). Damiani, J. P., Lazer, Thompson and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN M. LEBETKIN, on Behalf of LEON SCHWIMMER, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. — In two habeas corpus proceedings, the petitioner appeals from (1) so much of a judgment of the Supreme Court, Richmond County (Horowitz, J.), dated January 20, 1983, as failed to grant his application for the immediate release of Leon Schwimmer on parole and (2) a judgment of the same court, dated February 7, 1983, which denied his application for a writ. Appeals dismissed, without costs or disbursements. The issues involved have been rendered academic by the decision of the Court of Appeals in *Matter of Schwimmer v Hammock* (59 NY2d 636). Lazer, J. P., Gulotta, Brown and Boyers, JJ., concur.